**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MARK MOSES,<br><br>    Plaintiff,<br><br>V.<br><br>INNOPRISE SOFTWARE INC., DENNIS HARWARD, ANN HARWARD, HARWARD INVESTMENTS, INC., HARRIS SYSTEMS USA, INC., N. HARRIS COMPUTER CORPORATION, M.S. GOVERN CO. AND DOES 1-20 inclusive,<br><br>    Defendants. | CASE NO.  12-CV-05271 YGR<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE;**<br>**GRANTING HARRIS DEFENDANTS' REQUEST TO APPEAR BY PHONE;**<br>**DIRECTING PLAINTIFF'S COUNSEL TO APPEAR BY PHONE** |

This action is scheduled for a case management conference on Monday, March 4, 2013, at 2:00 p.m.  Defendants Harris Systems USA Inc. and N. Harris Computer Corporation ("Harris Defendants") have requested to appear by phone at the case management conference.  This request is **GRANTED**.

The Court **ORDERS** Plaintiff Mark Moses to appear by phone as well.  Counsel are directed to contact Courtroom Deputy Frances Stone at 510/637-3540 to arrange the phone appearance.

The parties' joint case management statement indicates that all parties that have appeared in the action will consent to assignment to a magistrate judge for all purposes.  The Court **ORDERS** the parties to meet and confer in the interim with respect to reassignment to any magistrate judge, and to be prepared to discuss such assignment at the time of the case management conference.

This order terminates Docket No. 23.

**IT IS SO ORDERED.**

February 28, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE