IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOSES, | No. C -12-05271 EDL |
|     Plaintiff, | **ORDER GRANTING DENNIS HARWARD'S AND ANN HARWARD'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| INNOPRISE SOFTWARE, et al., | |
|     Defendants. | |

On January 17, 2014, *pro se* Defendants Dennis Harward and Ann Harward filed a request to appear telephonically at a case management conference set for February 18, 2014, at 9:00 a.m. Although there is no case management conference set for that date and time, there is a hearing on the Harris Defendants' motions to dismiss and for sanctions. Good cause appearing, IT IS HEREBY ORDERED that the request to appear telephonically at the hearing is GRANTED. Defendants Dennis Harward and Ann Harward shall stand by beginning at the date and time above until called by the Court.

**IT IS SO ORDERED.**

Dated: January 21, 2014

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARK MOSES,

        Plaintiff,

v.

INNOPRISE SOFTWARE et al,

        Defendant.

Case Number: CV12-05271 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ann M Harward
555 Eldorado Blvd
Suite 120
Broomfield, CO 80021

Dennis J Harward
555 Eldorado Blvd
Suite 120
Broomfield, CO 80021

Dated: January 22, 2014

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk

2