IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK MOSES,

        Plaintiff,

v.

INNOPRISE SOFTWARE, et al.,

        Defendants.
                                  /

No. C -12-05271 EDL

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION**

On April 16, 2014, the Court received a letter from Plaintiff's counsel seeking an extension of time to oppose the Harris Defendants' motion for summary judgment judgement from April 15, 2014, to April 18, 2014. According to Plaintiff's counsel and the email attached to his letter, the Harris Defendants do not oppose this request. Although Plaintiff's counsel should have e-filed this request and served it on all parties pursuant to the Federal and Local Rules, the Court grants Plaintiff's request and orders that Plaintiff's opposition to the Harris Defendants' motion for summary judgment is due no later than April 18, 2014.[1] The Harward Defendants' and Harris Defendants' replies to Plaintiff's oppositions must be filed consistent with Local Rule 7-3(c). Plaintiff will not be granted any further extension of the briefing deadlines.

**IT IS SO ORDERED.**

Dated: April 16, 2014

                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

---

[1] The Court has directed the Clerk to filed Plaintiff's letter on the docket.