IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOSES, | No. C -12-05271 EDL |
| Plaintiff, | **ORDER WITHDRAWING PRIOR ORDER AND DEFERRING RULING ON HARWARD DEFENDANTS' MOTION TO STRIKE** |
| v. | |
| INNOPRISE SOFTWARE, et al., | |
| Defendants. | |

On April 17, 2014, Defendants Dennis Harward and Ann Harward (collectively, "the Harward Defendants") moved to strike Plaintiff's opposition to their motion for summary judgment as untimely. The Court's prior Order (Dkt.119) denying that motion is hereby withdrawn. The Court defers ruling on the Harward Defendants' motion to strike. The Harward Defendants' reply in support of summary judgment remains due on April 24, 2014.

**IT IS SO ORDERED.**

Dated: April 19, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge